In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-15-00303-CV**

_____

**MICHELLE JAMES, Appellant**

**V.**

**NOT HOME ALONE, INC. D/B/A HOME INSTEAD, Appellee**

**On Appeal from the 172nd District Court**
**Jefferson County, Texas**
**Trial Cause No. E-195,612**

**MEMORANDUM OPINION**

On July 31, 2015, Michelle James filed a notice of appeal in a case that has been referred to arbitration. We notified the parties that our jurisdiction was not apparent from the notice of appeal and that the appeal would be dismissed for want of jurisdiction unless we received a response showing grounds for continuing the appeal. The appellant's response was due August 24, 2015, but no response has been filed. *See* Tex. R. App. P. 42.3.

1

Generally, an appeal may be taken only from a final judgment, *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). We dismiss the appeal without reference to the merits. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on August 28, 2015
Opinion Delivered August 31, 2015

Before McKeithen, C.J., Horton and Johnson, JJ.